MARY CARPINK, Also Known as MARY KARPINK, Respondent, *v.* FRED KARPINK, Defendant.

PETER A. LAURIA, Appellant. (Actions Nos. 1 and 2.)

Submitted February 21, 1944; decided March 3, 1944.

Motion by appellant to cancel the remittitur and for a stay denied. (See 292 N. Y. 502.)